**JACOBS P.C.**
Leo Jacobs
Aaron Slavutin
595 Madison Avenue
39th Floor
New York, NY 10022
Email: leo@jacobspc.com
      aaron@jacobspc.com

*Proposed attorneys for the Debtor,*
*Park Place Realty Ventures 2 LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PARK PLACE REALTY VENTURES 2 LLC,** | Case No. 22-43177-jmm |
| **Debtor.** | |
| **PARK PLACE REALTY VENTURES 2 LLC,** | |
| **Plaintiff,** | Adv. Pro. No. 23-1003-jmm |
| v. | |
| **NY TOWER CAPITAL LLC, TD AMERITRADE, INC.,** | |
| **Defendants.** | |

### **DECLARATION OF SERVICE**

      I, AARON SLAVUTIN, make this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746:

      1.    I am over the age of 18. I am not a party to this action, and am employed by Jacobs P.C., proposed counsel to the debtor Park Place Realty Ventures 2 LLC.

      2.    I caused a true and correct copy of the following documents to be served:

- *Order Granting, in Part, Debtors Emergency Motion for Preliminary Injunction Relief*

3. I caused a true and correct copy of these documents to be served via overnight mail upon the recipients listed on **Schedule A**.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: New York, New York
      February 7, 2023

                                                /s/ *Aaron Slavutin*
                                                Aaron Slavutin

**Schedule A**

**Mail Service List**

Martin A. Bienstock
36-35 Bell Boulevard
Room 301
Bayside, NY 11361